AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 08, 2024

SEAN F. McAVOY, CLERK

ELAINE KING,

|                          |     |
|--------------------------|-----|
| *Plaintiff*              | )   |
| v.                       | )   |
| PENNYMAC LOAN SERVICES,  | )   |
| LLC,                     | )   |
|                          | )   |
| *Defendant*              |     |

Civil Action No.   4:24-CV-05002-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   Defendant PennyMac Loan Services, LLC's Motion to Dismiss Complaint Pursuant to FRCP 12(b)(6), ECF No. 4, is GRANTED.
Plaintiff Elaine King's Complaint, ECF No. 1, is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ on a motion

to Dismiss Complaint Pursuant to FRCP 12(b)(6).

Date:   5/8/2024 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Lee Reams _____
*(By) Deputy Clerk*

Lee Reams _____